**IT IS SO ORDERED.**

**Dated: 03:51 PM February 20 2009**

Marilyn Shea-Stonum *ESP*

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| Marlynn Renee O'Neal | ) CASE NO: 07-51027 |
|               DEBTOR(S) | ) |
| | ) MARILYN SHEA-STONUM |
| | ) BANKRUPTCY JUDGE |
| | ) |
| | ) ORDER DISMISSING CHAPTER 13 CASE |
| | ) AND ORDER FOR COURT TO RETAIN |
| | ) JURISDICTION OVER ADVERSARY |
| | ) PROCEEDING REGARDING THE UNITED |
| | ) STATES TRUSTEE AND COUNTRYWIDE |

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

CHAPTER 13
Keith L. Rucinski,
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

    On or about April 15, 2008, the Chapter 13 Trustee caused to be filed a Motion to Dismiss and Request for Court to Retain Jurisdiction over Adversary Proceeding. The Trustee's motion is incorporated herein as if fully rewritten.

    The basis for the Trustee's motion was that the debtor has passed away. The Trustee further noted that the United States Trustee had filed an adversary case, 08-05031, against Countrywide Home Loans, Inc. which requested prospective relief.

    Subsequent to the Trustee filing this motion the Court held hearings and allowed both the United States Trustee and Countrywide to file responses to the Trustee's motion to dismiss. Both parties filed responses and neither the United

States Trustee nor Countrywide opposed the Trustee's motion to dismiss

Given no opposition of parties in interest, the Court hereby orders the case dismissed based on the motion of the Chapter 13 Trustee.

Furthermore, pursuant to 11 USC Section 349 and/or 11 USC Section 105, this Court hereby retains jurisdiction over adversary proceeding 08-05031 between the United States Trustee and Countrywide Home Loans, Inc.

###

Submitted by:

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**

cc:

Marlynn Renee O'Neal (deceased)
c/o Robert M. Whittington, Esquire
159 S. Main St.
#1023
Akron, OH 44308
(via Regular Mail)

Robert C. Folland, Esquire
Jeremy M. Campana, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Attorneys for Countrywide
(via Regular Mail)

Thomas A. Connop, Esquire
Locke, Lorn, Bissell, & Liddell LLP
2200 Ross Ave., Suite 2200
Dallas, TX 75201
Attorney for Countrywide
(via Regular Mail)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

John Sheahan
Office of the US Trustee
20 Massachusetts Ave. NW
Suite 8100
Washington, DC 20530
(via Regular Mail)

Robert M. Whittington Jr., Esquire (via ECF)

Keith L. Rucinski, Chapter 13 Trustee (via ECF)

Attorney Amy Good, Office of the US Trustee (via ECF)

Daniel McDermott, US Trustee, Office of the US Trustee (via ECF)

Andy Vara, Asst. US Trustee, Office of the US Trustee (via ECF)

Derrick Ripley, Trial Attorney, Office of the US Trustee (via ECF)

All creditors listed on the matrix

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com